**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC DAVEON BYRD, | ) | No. CV 13-4769-JLS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GEORGE GIURBINO, Director of Corrections, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 14, 2015

_JOSEPHINE L. STATON_
UNITED STATES DISTRICT JUDGE